# CASES.

**1  BURLAND vs. NORTHWESTERN MUT. BEN. ASS'N, 47 M., 424.**

Mandamus proceedings do not adjudicate rights, but are a mode of enforcing existing rights or compelling the performance of acknowledged duty. The award of mandamus concludes nothing and cannot be pleaded in bar, and its denial will not sustain error.

**2  WEED ET AL. vs. MIRICK (Garnishee), 62 M., 414.**

Defendant was garnished as mortgagee, in a suit against the mortgagor of personal property.

Held, that the validity and good faith of the mortgage had been passed upon in certain mandamus proceedings in the Supreme Court, and that such decision is res judicata.

**3  SCHWAB vs. COOTS (Sheriff), 44 M., 463.**

A judgment subjecting respondent in mandamus proceedings to liability to pay money or stand imprisoned for contempt in neglecting to obey the writ, is as final as any other money or final judgment and is reviewable.